# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Bruce Lloyd Cameron, Jr                     Docket No. 5:01-CR-208-1H

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bruce Lloyd Cameron, Jr, who, upon an earlier plea of guilty to three counts of Possession of a Firearm by a Felon, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 16, 2002, to the custody of the Bureau of Prisons for a term of 110 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall pay a special assessment of $300.00.

5. The defendant shall pay a fine of $5,000.00, consisting of the following: On count 1, a fine of $1,666.00; on count 2, a fine of $1,667.00; and on count 4, a fine of $1,667.00. The court finds that the defendant is without the ability to pay a fine within the prescribed guideline range or pay interest. Interest is, therefore, waived. Payment of the total fine shall be due in full immediately.

Bruce Lloyd Cameron, Jr was released from custody on May 22, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
At the time of his release, Mr. Cameron had an outstanding balance of $3,855.75 remaining to be paid towards his fine. He is without the ability to pay the fine in full immediately. Mr. Cameron has agreed to make monthly payments of at least $50.00, beginning 60 days following his release from prison, in an effort to comply with the conditions of supervised release. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Bruce Lloyd Cameron
Docket No. 5:01-CR-208-1H
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall make payments towards the financial imposition imposed in this case in installments of $50.00 per month to begin 60 days after the defendant's release from prison on May 22, 2013. The court shall be notified of any needed modification of the payment schedule after considering the defendant's ability to pay.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: June 14, 2013 |

### ORDER OF COURT

Considered and ordered this 17th day of June, 2013, and ordered filed and made a part of the records in the above case.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior U.S. District Judge