# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Bruce Lloyd Cameron, Jr          Docket No. 5:01-CR-208-1H

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bruce Lloyd Cameron, Jr, who, upon an earlier plea of guilty to three counts of Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 16, 2002, to the custody of the Bureau of Prisons for a term of 110 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 3 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall pay a special assessment of $300.00.

5. The defendant shall pay a fine of $5,000.00 consisting of the following: On county 1, a fine of $1,666.00, on count 2, a fine of $1,667.00, and on count 4, a fine of $1,667.00. The court finds that the defendant is without the ability to pay a fine within the prescribed guideline range or pay interest, Interest is, therefore, waived. Payment of the total fine shall be due in full immediately.

Bruce Lloyd Cameron, Jr was released from custody on May 22, 2013, at which time the term of supervised release commenced.

On June 17, 2013, the conditions of supervised release were modified to allow the defendant to make payments in installments of $50.00 per month towards the financial obligation imposed, beginning 60 days after the defendant's release from prison on May 22, 2013.

Bruce Lloyd Cameron
Docket No. 5:01-CR-208-1H
Petition For Action
Page 2

On October 7, 2014, the court was notified the defendant had tested positive for cocaine use on October 6, 2014. The defendant was re-enrolled in the Surprise Urinalysis Program at the beginning phase of the program and was also referred for substance abuse treatment. No further action was taken at that time.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On October 16, 2014, the defendant submitted a urinalysis sample in accordance with the Surprise Urinalysis Sample, and the laboratory test returned positive for the presence of cocaine. The defendant was questioned about the positive drug test and said he has been under a lot of stress. As a result of the defendant testing positive for cocaine for the second time, the probation officer explained the HOPE Program to the defendant, and he is willing to participate in the program, if accepted. However, as a punitive measure, it is recommended the defendant be confined for two consecutive weekends in the custody of the Bureau of Prisons, from Friday and until Sunday, commencing at a time determined by the Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from Friday until Sunday for a period of 2 consecutive weekends, commencing at a time determined by the Bureau of Prisons and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: November 3, 2014

Bruce Lloyd Cameron
Docket No. 5:01-CR-208-1H
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __4th__ day of __November__, 2014, and ordered filed and made a part of the records in the above case.

_/s/ Malcolm J. Howard_
Malcolm J. Howard
Senior U.S. District Judge